JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MORISSA H. LAZAR, | ) | CASE NO. CV 09-7963 DSF (PJWx) |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING ACTION BY REASON OF SETTLEMENT |
| NEIMAN-MARCUS GROUP, INC., | ) | |
| Defendant. | ) | |

The Court has been advised that this action has been settled, and it is not necessary that the action remain on the Court's calendar.

Accordingly, it is ordered that the action is dismissed without prejudice. The Court retains jurisdiction for thirty days to vacate this Order and to reopen the action on a showing of good cause that the settlement has not been completed and further proceedings are necessary.

IT IS SO ORDERED.

Dated: 8/9/11

Dale S. Fischer
United States District Judge